**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **V.T.,** *a minor by and through her parents,* *M.E.T. and M.J.T.* <br> **Plaintiff,** <br><br> **v.** <br><br> **NORTH PENN SCHOOL DISTRICT** <br> **MEGAN MCGEE-HEIM,** <br> **Defendant.** | **CIVIL ACTION** <br><br><br> **NO. 25CV6189** |

**O R D E R**

**AND NOW**, this 23rd day of June, 2026, upon consideration of Defendants' Motion to

Dismiss (ECF No. 20, 22) and Plaintiff V.T.'s Response in Opposition (ECF No. 21), it is

**HEREBY ORDERED** that said Motion is **DENIED**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**